IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

1:05 CV 00568

| | |
|---|---|
| IVICA (JOHN) BOGDAN,<br>　　　　Plaintiff,<br>　vs.<br><br>HOUSING AUTHORITY OF THE CITY OF WINSTON-SALEM,<br>and<br><br>SILAS DERVIN (in his individual capacity),<br><br>MELANIE WILLIAMS (in her individual capacity), and<br><br>UNKNOWN NAMED EMPLOYEES OF HOUSING AUTHORITY OF THE CITY OF WINSTON-SALEM (in their individual capacities),<br><br>　　　　　　　Defendants. | PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT |

Now comes the Plaintiff, through undersigned counsel, and, pursuant to Local Rule LR7.3(j)(5), moves for leave to amend his complaint on the grounds that amendment would not prejudice the Defendants; the Plaintiff is not acting in bad faith; and the amendment would not be futile.

The proposed amended complaint is attached.

This the 17th day of August, 2005.

　　　　　　　　　　　　　　　　/s/ Stephen A. Boyce
　　　　　　　　　　　　　　　　Stephen A. Boyce Bar No.: 26486
　　　　　　　　　　　　　　　　Attorney for the Plaintiff
　　　　　　　　　　　　　　　　P.O. Box 24786
　　　　　　　　　　　　　　　　Winston-Salem, N.C., 27114-4786
　　　　　　　　　　　　　　　　Telephone: (336) 768-7813
　　　　　　　　　　　　　　　　E-mail: outrider@attglobal.net

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing was electronically filed using the CM/ECF System and duly served upon the Defendants in accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure via the court's CM/ECF transmission facilities which will send notification of this filing to:

                              Patricia L. Holland
                              Cranfill, Sumner & Hartzog, L.L.P.
                              Attorneys for the Defendants
                              P.O. Box 27808
                              Raleigh, NC, 27611-7808

       This the 17th day of August, 2005.

                              /s/ Stephen A. Boyce
                              Stephen A. Boyce Bar No.: 26486
                              Attorney for the Plaintiff
                              P.O. Box 24786
                              Winston-Salem, N.C., 27114-4786
                              Telephone: (336) 768-7813
                              E-mail: outrider@attglobal.net